IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GWENDOLYN GAY, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-07-1161 |
| § | |
| ARAMARK UNIFORM AND CAREER § | |
| APPAREL, INC., *et al.*, § | |
| § | |
| Defendants. § | |

## FINAL JUDGMENT AS TO CLAIMS AGAINST
## ARAMARK UNIFORM AND CAREER APPAREL, INC.

Final judgment is entered as to all claims asserted against Aramark Uniform and Career Apparel, Inc. for the reasons stated in this court's Memorandum and Opinion entered on November 21, 2007 and March 4, 2008. Aramark's motion to sever to permit final judgment to be entered against it seeks a judgment under Rule 54(b). This court finds that there is no just reason for delay in entering judgment as to the claims against Aramark and directs that such judgment be entered.

The claims against Aramark are dismissed with prejudice.

SIGNED on May 8, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge